## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, DAYTON

| | |
|---|---|
| David Tomerlin, *et al*., | Case No. 3:15-cv-353 |
| Plaintiff(s), | District Judge Thomas M. Rose |
| v. | |
| Ocwen Loan Servicing, LLC, *et al*., | |
| Defendant(s). | |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY

Upon consideration of Plaintiffs David Tomerlin and Shannon Tomerlin ("Plaintiffs")

and Defendant Equifax Information Services, LLC's ("Equifax") Joint Motion for Dismissal

With Prejudice of Plaintiff' claims against Equifax, it is HEREBY ORDERED that Plaintiffs'

claims against Equifax only are DISMISSED, with prejudice, with each party to bear its own

costs and attorney fees.

SO ORDERED this 27th day of September, 2016.


THOMAS M. ROSE

_____
UNITED STATES DISTRICT JUDGE

3

DMSLIBRARY01\29291210.v1